E-FILED
Wednesday, 31 January, 2007 01:46:33 PM
Clerk, U.S. District Court, ILCD

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA
V.
FREDARYL DAVIS

**WARRANT FOR ARREST**

Case Number: 07-M-7206

**FILED**
JAN 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **FREDARYL DAVIS**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

conspiracy to distribute cocaine and cocaine base ("crack"),

RECEIVED 2007 JAN 23 P 2:56
US MARSHALS SERVICE
CENTRAL ILLINOIS

in violation of Title  21   United States Code, Section(s)  846 and 841(a)(1)

s/ David G. Bernthal

David G. Bernthal
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

1/19/2007      Urbana, Illinois
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

*Macon County Jail, Decatur*

| DATE RECEIVED 01/23/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/24/07 | Chad Ramey, Decatur P.D. | *[signature]* |